No. 312, Misc.  LUCAS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.  *Jay Greenfield* for petitioner. *Frank S. Hogan* and *Michael Juviler* for respondent.

No. 494, Misc.  CHARLES *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.  *John J. Dwyer* for petitioner.  *Solicitor General Griswold* for the United States.

No. 113, Misc.  LEVY *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL.  C. A. D. C. Cir. Motion to supplement record granted.  Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.  *Solicitor General Griswold* for respondents.

No. 121, Misc.  VIGLIANO *v.* THEVOS ET AL.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition. *Leonard I. Garth* for petitioner.  *Arthur J. Sills,* Attorney General of New Jersey, *William J. Brennan III,* Assistant Attorney General, and *Douglas J. Harper,* Deputy Attorney General, for respondents.

No. 158, Misc.  MILLER *v.* PATE, WARDEN.  C. A. 7th Cir.  Motion of Radio Station W–A–I–T (Chicago) et al. for leave to file a brief, as *amici curiae,* granted.  Certiorari denied.  *Arthur G. Greenberg, Harry Golter, William R. Ming, Jr.,* and *Willard J. Lassers* for petitioner. *Roger W. Hayes* for respondent.  *Maurice Rosenfield* for Radio Station W–A–I–T (Chicago) et al., as *amici curiae,* in support of the petition.